# ReedSmith

Reed Smith LLP
Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, NJ 08540-7839
Tel +1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

**Kellie A. Lavery**
Direct Phone:  +1 609 524 2071
Email:  KLavery@reedsmith.com

August 7, 2014

<u>Via ECF</u>

Honorable Mark Falk, U.S.M.J.
USPO & Courthouse
1 Federal Square
Room 457
Newark, NJ 07101

    Re:  <u>**Lia v. Wells Fargo Bank, et al.**</u>
           **Civil Action No. 2:14-cv-00752-WJM-MF**

Dear Judge Falk:

This firm represents Defendant Wells Fargo Bank, N.A. in the above-referenced matter.

Plaintiffs have filed a Request to enter default against Wells Fargo, certifying Wells Fargo has not responded to the Complaint.  (DE 16).

We ask that the Court strike the Request as it was filed without cause.  As reflected on the docket, Wells Fargo filed its Answer to the Complaint and Affirmative Defenses on July 3, 2014.  (DE 13).

We thank the Court for its time and attention to this matter.

                         Respectfully submitted,

                         */s/ Kellie A. Lavery*
                         Kellie A. Lavery

cc:    Joseph A. Chang, Esq. (Via ECF)
        Diane A. Bettino, Esq. (Via Interoffice Mail)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

Diane Bettino ♦Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware