UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY LIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Civil Action No. 14-752 (WJM) <br><br><br> **ORDER** |

**IT IS** on this 15th day of August, 2014

**ORDERED** that there shall be an in-person status and settlement conference before the Undersigned on **November 5, 2014** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. **In addition to and wholly separate from counsel, individual clients are required to attend the conference in person and be present and available all day**. Failure to attend may result in the imposition of sanctions. See Fed. R. Civ. P. 16(f), 37. There shall be no adjournments absent extraordinary circumstances.


    /s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**