# JOSEPH A. CHANG & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

JOSEPH A. CHANG *
JC@JOSEPHCHANGLAW.COM

MICHAEL A. CASSATA ◊
MC@JOSEPHCHANGLAW.COM

KARENA J. STRAUB ·
KS@JOSEPHCHANGLAW.COM

JOSEPH M. BIMONTE *
JB@JOSEPHCHANGLAW.COM



951 Madison Avenue, Paterson, New Jersey 07501
Tel. (973) 925-2525· Fax (973) 925-9090

Park 80 West, Plaza II, 250 Pehle Avenue, Suite 200
Saddle Brook, New Jersey 07663
www.josephchanglaw.com

◊ CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

* ADMITTED NY/NJ

■ Please respond to
Paterson Office

October 28, 2014

**VIA ECF**
Magistrate Judge Mark Falk
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      RE:    Lia v. Wells Fargo Bank, N.A., et al.
              Civil Action No.: 14-00752-WJM

Dear Magistrate Falk:

      This firm represents Plaintiffs Anthony Lia and Joy Lia in the above referenced matter.

      Plaintiff filed their complaint with the Superior Court of New Jersey – Morris County, which included discovery demands. Thereafter, this matter was removed to the United States District Court. A scheduling conference was held wherein deadlines were set. Discovery demands were to be served by September 4, 2014.

      On October 6, 2014, Defendant Wells Fargo Bank, N.A. advised they would not be answering the initial discovery demands, as they were not re-served after the issuance of the scheduling order. Plaintiff's discovery demands were served again on October 8, 2014, past the deadline set forth in the Scheduling Order. On October 22, 2014, Defendant, Wells Fargo Bank, N.A., refused to respond to same, stating that these demands are served out of time.

      Plaintiffs' counsel is not often in Federal Court and erred in the belief that the demands would be responded to. Upon notice from Defendant that they would not respond, Plaintiff, in good faith, re-served edited demands. The discovery period in this matter is not set to expire until March 2, 2015. Defendants will not be prejudiced by engaging in relevant discovery during the ample period of time which remains. Defendant's refusal to respond, however, is prejudicial to Plaintiffs.

For the foregoing reason, I am requesting that this Court permit Plaintiffs to serve their initial discovery demands out of time.

Thank you for your ongoing courtesies and consideration in this matter.

Respectfully yours,
JOSEPH A. CHANG & ASSOCIATES, L.L.C.

Karena J. Straub

KJS/em
cc: Kellie A. Lavery, Esq.
    Reed Smith
    **Via ECF and First Class Mail**