UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY LIA, et al.,<br><br>        Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 14-752 (WJM)<br><br><br><br>**ORDER** |

  **IT IS** on this 10th day of November, 2014

  **ORDERED** that there shall be an in-person status and settlement conference before the Undersigned on **February 5, 2015** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


                /s/ Mark Falk
                **MARK FALK**
                **United States Magistrate Judge**