UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY LIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Civil Action No. 14-752 (WJM)<br><br><br><br>**ORDER APPOINTING MEDIATOR** |

  This matter having come before the Court; and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

  **IT IS on this 13th day of February, 2015**

  **ORDERED THAT**:

  1. This civil action be and hereby is referred to mediation.

  2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator: Paul S. Werther, Esq., McElroy, Deutsch, Mulvaney, & Carpenter, LLP.

  3. Counsel and the parties (including individuals with full settlement authority as may be determined by the mediator) shall attend mediation sessions as requested by the mediator.

  4. Upon receipt of this Order, the parties shall contact the Mediator to

schedule the mediation.

5.	This action is hereby stayed for 90 days from the date of this Order.  *See* L. Civ. R. 301.1(e)(6).

　　　　　　　　　　　　　　　　　　　　　 /s/   Mark Falk　　　　　　　　
　　　　　　　　　　　　　　　　　　　　**MARK FALK**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**